IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP JOSEPH MILLER, | : |
| Plaintiff, | : |
| vs. | : |
| | CIVIL ACTION 06-0447-BH-M |
| MICHAEL J. ASTRUE, | : |
| Acting Commissioner of | |
| Social Security, | : |
| Defendant. | : |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **REVERSED** and that this action be **REMANDED** for further action not inconsistent with the Orders of this Court.

**DONE** this 20th day of March, 2007.

s/ W. B. Hand
SENIOR DISTRICT JUDGE