IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PHILLIP JOSEPH MILLER,          :

    Plaintiff,                  :

vs.                             :
                                        CIVIL ACTION 06-0447-BH-M
MICHAEL J. ASTRUE,              :
Acting Commissioner of
Social Security,                :

    Defendant.                  :

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge (Doc. 20) made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. 2412 be **GRANTED** and that Plaintiff's attorney be awarded an EAJA attorney's fee in the amount of $875.00, representing 7 hours multiplied by the Southern District of Alabama inflation-adjusted prevailing market rate of $125.00.

**DONE** this 16th day of July, 2007.

                                                                  s/ W. B. Hand
                                                 SENIOR DISTRICT JUDGE